IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL WYNN | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-166 |
| LUKOIL NORTH AMERICA, LLC, et al. | : |

## ORDER

**AND NOW,** this 29th day of April 2015, upon consideration of Plaintiff's Motion for a Preliminary Injunction under the Petroleum Marketing Practices Act ("PMPA")(ECF Doc. No. 3), Defendants' Response (ECF Doc. No. 13), after our April 21, 2015 evidentiary hearing and for the reasons in the accompanying Memorandum, it is **ORDERED** that Plaintiff's motion is **DENIED.**

KEARNEY, J.